

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: **'08 MJ 8684** |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Juan Carlos GOMEZ-Lopez | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about August 1, 2008, within the Southern District of California, defendant Juan Carlos GOMEZ-Lopez did knowingly and intentionally import approximately 23.46 kilograms (51.61 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Timothy L. Henderson
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 4th DAY OF AUGUST, 2008.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Juan Carlos GOMEZ-Lopez

## STATEMENT OF FACTS

I, Timothy L. Henderson, declare under penalty of perjury that the following statement of probable cause is true to the best of my knowledge.

On August 01, 2008, Juan Carlos GOMEZ-Lopez entered the United States at the Calexico, California West Port of Entry. GOMEZ was the driver of a Ford passenger car registered in his name. Customs and Border Protection Officer (CBPO) I. Mercado took a negative Customs declaration from GOMEZ. GOMEZ was referred to secondary inspection.

In secondary, an intensive inspection resulted in the discovery of 20 packages containing a white powder concealed within the Ford. A sample of the substance field-tested positive for Cocaine. The total weight of the packages was 23.46 kilograms (51.61 pounds).

Special Agent (S/A) Timothy Henderson began the interviewed GOMEZ. U.S. Border Patrol Agent (BPA) S. Sedano read GOMEZ his constitutional rights per Miranda, with S/A Henderson present. GOMEZ orally waived his rights, as well as signing the written waiver of rights, agreeing to make a statement.

GOMEZ admitted knowledge of controlled substances within the Ford. GOMEZ stated that he was to be paid to cross the controlled substance laden vehicle into the United Stated and drive it to El Centro, California.

Executed on 08/01/2008 at 18:00 hrs.

Timothy L. Henderson, Special Agent

U.S. Immigration and Customs Enforcement

On the basis of the facts presented in the probable cause statement consisting of three (3) pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on August 01, 2008, in violation of Title 21 United States Code, Section(s) 952 & 960

Date 8/2/08

United States Magistrate Judge